

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
RAPHAEL DEUTSCH ^
DAVID FORCE ▲
NAKICHA JOSEPH ▲
MARK ROZENBERG ■
KENNETH WILLARD ▲ ■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 31, 2020

**Via CM/ECF**
The Honorable Barbara C. Moses
United States District Court
Southern District of New York

RE:   Jenisa Angeles v. Buff Bake, Inc.
       Case No.: 1:20-cv-10320-VSB

**APPLICATION GRANTED
SO ORDERED** _[signature]_
**VERNON S. BRODERICK
U.S.D.J.** 1/22/2021

The parties are advised that this case is assigned to me and has not yet been referred to Magistrate Judge Barbara Moses.

Dear Judge Moses:

   Plaintiff submits this letter to extend the time for Defendant Buff Bake, Inc. to respond to the complaint.

   Defendant has been in contact with counsel for Plaintiff and has advised that, given the holiday season, Defendant needs additional time to respond to the complaint. Defendant's Answer is due December 31, 2020. Plaintiff requests this Court expand the time for Defendant to answer up to and including February 1, 2021. This is the first such request Plaintiff has made in this matter.

   We thank the Court for its kind consideration and courtesies..

                                    Respectfully Submitted,


                                    _/s/ Mark Rozenberg_
                                    By:  Mark Rozenberg, Esq.